UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN LEE ZHOU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OUTFRONT MEDIA, INC., et al.,<br><br>    Defendants. | Case No. 3:19-cv-07269-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF OUTFRONT MEDIA, INC. WITH PREJUDICE** |

The Court, upon the presentation of the Stipulation of Dismissal of Outfront Media, Inc. With Prejudice, orders that the matter is hereby dismissed as to Defendant Outfront Media, Inc., with prejudice, with each party responsible for its own fees and costs with respect to Plaintiffs' claims against Outfront Media, Inc.

**IT IS SO ORDERED.**

Dated: December 16, 2020



William H. Orrick
United States District Judge